J. HENRY LEONHARD et al., appellants,

*v.*

FREDERICK BEGGS, surrogate, respondent.

[Decided June 14th, 1920.]

On appeal from a decree of the prerogative court advised by Vice-Chancellor Lewis, whose opinion is reported in *91 N. J. Eq. 298; sub nom. In re Leonhard.*

*Messrs. Humphreys & Sumner,* for the appellants.

*Mr. Frederick W. Van Blarcom,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—14.

*For reversal*—None.